MAUREEN E. MCCLAIN, Bar No. 062050
mmcclain@littler.com
CONSTANCE E. NORTON, Bar No. 146365
cnorton@littler.com
ALISON CUBRE, Bar No. 257834
acubre@littler.com
LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
Telephone: 415.433.1940
Facsimile:  415.399.8490

Attorneys for Defendant
DOLLAR TREE STORES, INC.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| RICHARD STAFFORD, Individually,<br><br>Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC. and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No. CV13-00804 R (VBKx)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO REMAND TO STATE COURT AND GRANTING DEFENDANT'S MOTION TRANSFER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(1), (3), 28 U.S.C. § 1404(A), AND THE FIRST-TO-FILE DOCTRINE**<br><br>DATE:  Monday, May 6, 2013<br>TIME:  10:00 a.m.<br>DEPT:  Courtroom 8<br>JUDGE: Hon. Manuel L. Real<br><br>Complaint Filed: November 18, 2012<br>FAC Filed:      January 7, 2013<br>Case Removed:   February 5, 2013<br>SAC Filed:      February 12, 2013 |

The Motion to Remand to State Court filed by Plaintiff Richard Stafford ("Plaintiff"), and separately, the Motion to Dismiss, Stay, or Transfer under Federal Rules of Civil Procedure 12(b)(1), (3), 28 U.S.C. § 1404(a), and the first-to-file doctrine filed by Defendant Dollar Tree Stores, Inc. ("Dollar Tree") came on for

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

[PROPOSED] ORDER ON REMAND AND TRANSFER MOTIONS

Case No. CV13-00804 R (VBKx)

1  hearing before this Court on May 6, 2013, the Honorable Manuel L. Real, presiding.
2  Brian R. Short, Graham Hollis, PC, appeared on behalf of Plaintiff. Elizabeth Staggs
3  Wilson, Littler Mendelson, PC, appeared on behalf of Dollar Tree.

4  As memorialized at the hearing on the Motions, a certified copy of the
5  transcript of which is attached hereto as **Exhibit A**, having separately considered all
6  the pleadings and files in this action including the Plaintiff's Motion to Remand and
7  all papers in support of and in opposition thereto, as well as Dollar Tree's Motion to
8  Dismiss, Stay or Transfer and all papers in support of and in opposition thereto,
9  **GOOD CAUSE APPEARING** for the reasons stated by the Court at the hearing on
10 the Motions, the Court finds as follows:

11  (1)  Dollar Tree's Requests for Judicial Notice are **GRANTED**;
12  (2)  Plaintiff's Motion to Remand to State Court is **DENIED**;
13  (3)  Upon finding that the Court had jurisdiction based upon the CAFA as
14 well as diversity jurisdiction, Dollar Tree's Motion to Transfer under Federal Rules of
15 Civil Procedure 12(b)(1), 12(b)(3), 28 U.S.C. § 1404(a), and the First-to-File Doctrine
16 is **GRANTED,** rendering its Motion to Dismiss and/or Stay moot;
17  (4)  The Clerk of the Court shall transfer Plaintiff's Second Amended
18 Complaint to the Eastern District of California, where first-filed *Stevenson v. Dollar*
19 *Tree Stores, Inc.*, Case No. 11-CV-01433 KJM CKD, is pending.

20 **IT IS SO ORDERED.**
21 Dated:
22 June 11, 2013_____       _____
23                                          Hon. Manuel L. Real
                                            U.S. DISTRICT COURT JUDGE
24
25 Firmwide:117869745.1 061603.1080

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

[PROPOSED] ORDER REMAND AND TRANSFER MOTIONS    2.    Case No. CV13-00804 R (VBKx)